THE PEOPLE OF THE STATE OF NEW YORK ex rel. SCOTT E. NORTH, Appellant, against ALBERT W. SKINNER et al., Respondents.

Argued April 8, 1953; decided April 23, 1953.

*Glenn L. Buck* for appellant.

*Clarence J. Henry, District Attorney (John C. Little, Jr.,* of counsel), for respondents.

Order affirmed, without costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.